# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2019

## NO. 03-18-00363-CV

**Ben Melton, Appellant**

**v.**

**CU Members Mortgage, a Division of Colonial Savings F. A.; and
First Western Title Co., Appellees**

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on October 9, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in that portion of the court's judgment awarding attorney's fees. Therefore, the Court reverses that portion of the trial court's judgment and remands the issue of attorney's fees to the trial court for a new trial. The Court affirms the remainder of the trial court's judgment. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.